UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:13-CR-110-1F

| | |
|---|---|
| United States Of America ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| Erick Jemonta Gibbs ) | |
| ) | |

On August 5, 2010, Erick Jemonta Gibbs appeared before the Honorable Thomas D. Schroeder, U.S. District Judge in the Middle District of North Carolina, and upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced to the custody of the Bureau of Prisons for a term of 36 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Erick Jemonta Gibbs was released from custody and the term of supervised release commenced on June 29, 2012. Jurisdiction was transferred to the Eastern District of North Carolina on November 4, 2013.

From evidence presented at the revocation hearing on January 5, 2017, the court finds as a fact that Erick Jemonta Gibbs, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

**IT IS RECOMMENDED** that the defendant be designated at FCI Butner for service of sentence.

This the 5th day of January, 2017.

James C. Fox
Senior U.S. District Judge